FILED
CLERK, U.S. DISTRICT COURT

May 19, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge WESLEY L. HSU | ORDER OF THE CHIEF JUDGE<br><br>23-059 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Wesley L. Hsu,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Maame Ewusi-Mensah Frimpong to the calendar of Judge Wesley L. Hsu:

| Case Number | Case Name |
|---|---|
| 2:20-cv-11020-MEMF-ASx | United States of America v. Southern California Edison Company |
| 2:22-cv-02514-MEMF-MARx | Marcos Aguilar-Felix v. Walmart Inc. et al |
| 2:22-cv-03772-MEMF-MARx | Nicolas Said v. Costco Wholesale Corporation et al |
| 2:22-cv-05599-MEMF-MARx | Marquise Bailey v. Preston Archie et al |
| 2:22-cv-06831-MEMF-Ex | Securities and Exchange Commission v. Brian Lam et al |
| 2:22-cv-08029-MEMF-KSx | Carl A. Wescott v. Mr. Jay Caplan et al |
| 2:22-cv-08382-MEMF-MARx | Samvel Darbinyan v. Progressive Select Insurance Company |
| 2:22-cv-06153-MEMF-MRWx | Zhongkun Huo v. Jaddou Ur Mendoza et al |
| 2:22-cv-01423-MEMF-SK | Arturo Bernal v. Alex Villanueva et al |
| 2:23-cv-00504-MEMF-JPRx | Seal v. Seal |
| 2:23-cv-01856-MEMF-Ex | August Image, LLC v. Baller Status LLC |
| 2:23-cv-02439-MEMF-ASx | Aiai Shao v. Alejandro Mayorkas |

In the Matter of the
Creation of Calendar for
District Judge Wesley L. Hsu                                                                            2

| | |
|---|---|
| 2:23-cv-02810-MEMF-MARx | Regina Castro v. County of Los Angeles et al |
| 5:21-cv-02095-MEMF-KKx | Rebecca Carey et al v. J.A.K.' s Puppies, Inc. et al |

On all documents subsequently filed in the case, please substitute the Judge initials WLH after the case number in place of the initials of the prior Judge.

DATED: May 19, 2023

_____
Chief Judge Philip S. Gutierrez