**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl A. Wescott | 2:22 CV 08029-WLH-KS |
| DEFENDANT | TYPE OF PROCESS |
| LJ CAPITAL, LLC | service of process (complaint/summons) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LJ CAPITAL, LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3077 Calle Mariposa, Santa Barbara, CA 93105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ 85258

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Mr. Jay Caplan's (managing member of the LLC) phone number is 805 563 6320.

FILED
CLERK, U.S. DISTRICT COURT
2/15/24
CENTRAL DISTRICT OF CALIFORNIA
BY: eee   DEPUTY

Signature of Attorney other Originator requesting service on behalf of: Pro Se Plaintiff
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 276 773 7377
DATE: 12/8/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 12 | No. 12 | | 1/26/24 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Isabella Do Carmo, Dog Sitter

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2/9/24   Time: 1025 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
31974

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: According to Isabella Do Carmo, she works for Mr. Caplan and they were away for a trip.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-08029-WLH-KSx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LJ Capital, LLC.**
was received by me on *(date)* **1/26/24**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Isabella Do Carmo**, a person of suitable age and discretion who resides there,
on *(date)* **2/9/24**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **2/9/24**

Server's signature

**LUIS POJAS, Deputy U.S. Marshal**
Printed name and title

**350 W. 1st St., Los Angeles, CA. 90012**
Server's address

Additional information regarding attempted service, etc:
According to Isobella Do Carmo, she works for Mr. Caplon and they were away for a trip.