**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Carl A. Wescott

PLAINTIFF(S)

v.

Mr. Jay Caplan et al

DEFENDANT(S)

| CASE NUMBER |
| --- |
| 2:22-cv-08029-WLH-KSx |

**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

IT IS ORDERED that the Application for Permission for Electronic Filing by _____ Carl A. Wescott _____ is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:  _____3/4/24_____

_____
Wesley L. Hsu, United States District

☐ DENIED
*Comments:*

Dated:  _____

_____
United States District/Magistrate Judge