UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MR. JAY CAPLAN; LJ CAPITAL, LLC; LJ CAPITAL PARTNERS, LLC; LJ CAPITAL PARTNERS II, LLC,<br><br>　　　　Defendants. | Case No.  2:22-cv-08029-WLH-KSx<br><br>**ORDER RE PLAINTIFF'S MOTION REQUESTING ORDER FOR SERVICE OF PROCESS [27]** |

　　　Plaintiff Carl A. Wescott ("Plaintiff") filed a Motion Requesting Order for Service of Process of the First Amended Complaint. ("Motion," Docket No. 27). The Motion is **STRICKEN** for the reasons set forth below.

**I.　BACKGROUND**

　　　In this action, Plaintiff proceeds *pro se* and *in forma pauperis*. The Court previously ordered, per Plaintiff's request, that the United States Marshal serve a copy of the summons and original complaint, (Order, Docket No. 10), on defendants Mr. Jay Caplan, LJ Capital, LLC, LJ Capital Partners, LLC, LJ Capital Partners II, LLC, and Does 1 through 25 (collectively, "Defendants"). The Plaintiff, however, failed to provide sufficient information to the United States Marshal to effect service, and so service was of process of the Original Complaint never occurred.

| | |
|---|---|
| 1 | Thereafter, Plaintiff filed a First Amended Complaint. ("FAC," Docket No. 13). |
| 2 | Plaintiff also filed a letter, (Letter, Docket No. 14 at 1 ("I am enclosing two USM285s |

1  Thereafter, Plaintiff filed a First Amended Complaint. ("FAC," Docket No. 13).
2  Plaintiff also filed a letter, (Letter, Docket No. 14 at 1 ("I am enclosing two USM285s
3  for our future use, whenever you or the Court see fit to order the US Marshals to
4  serve" defendants)), which the Court again construed as a request for the Court to
5  order the United States Marshal to effectuate service and granted the request. (Order,
6  Docket No. 16 (granting request and ordering service of the FAC and the summons
7  upon defendants)). The Court expressly admonished Plaintiff, though, that "even *pro*
8  *se* parties are required to follow all applicable rules (*id.* at 2 (citing L.R. 1-3)) and
9  encouraged Plaintiff to take advantage of the Court's *pro se* clinic (*id.*).

10  Proofs of service as to all defendants were filed. (Docket Nos. 19−22). No
11  responses to the FAC were timely filed. After Plaintiff took no action with respect to
12  the Defendants' failure to timely file responses, the Court issued another Order to
13  Show Cause regarding Plaintiff's lack of prosecution. ("OSC," Docket No. 25).
14  Plaintiff filed a response to the OSC that said, in full,

> Plaintiff Carl A. Wescott, proceeding *pro se*, responds to the Court's Order to Show Cause Re Dismissal for Lack of Prosecution ("the OSC"). In late December 2023, the Court ordered the Plaintiff to provide USM-285s for the Defendants, and to file completed USM-285 forms with the Court (Docket, 16). The Plaintiff complied with the Order and provided USM-285s to the Court for the clerk, and also to file a copy of those in the docket. The Plaintiff complied with the Court orders. The Plaintiff apologizes, as he was under the impression that the Court was then going to effectuate service upon the Defendants using the US Marshals.
>
> The Plaintiff has not heard anything more on this case, so he is under the assumption that service has not yet been effectuated. The Plaintiff is including with this response to

> the OSC a Motion to Serve for all Defendants, Plaintiff's
> Motion Requesting Order for Service of Process
>
> Like the Court, the Plaintiff is looking forward to this case moving forward and for this Court to adjudicate the controversy between the parties.

(Response to OSC, Docket No. 26 at 1−2). Plaintiff then filed the present request for service of process of the FAC (Mot., Docket No. 27) apparently under the mistaken impression that the FAC had not yet been served.

## II. DISCUSSION

The Court **STRIKES** Plaintiff's Motion Requesting Service of Process and declines to consider it. (Mot., Docket No. 27; *see* L.R. 7−4 (permitting the Court to "decline to consider a motion unless it meets the requirements of L.R. 7−3 through 7−8"). The Motion does not comply with the Local Rules because, *inter alia*, it failed to notice a hearing for the motion. *See* L.R. 7−4 (requiring, "under the title of the document, the date and time of the motion hearing," among other things). The Court already warned Plaintiff that failure to follow the applicable rules, which also apply to *pro se* parties, would result in his filings "be[ing] stricken in the future." (Order, Docket No. 16 at 2 (citing L.R. 1−3)).

The Court **CONTINUES** the OSC regarding dismissal for Plaintiff's lack of prosecution and **ORDERS** Plaintiff to show cause in writing no later than June 20, 2024, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following, on or before June 20, 2024: Defendants' responses to the FAC, Plaintiff's Requests for Entry of Default, or Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41.

If Plaintiff fails to timely comply with this Order, his action will be dismissed. Plaintiff's purportedly not "hearing anything" about the case, (Response to OSC,

Docket No. 26 at 1), is unpersuasive. The Court granted Plaintiff's application to electronically use the Court's CM/ECF system, (Order, Docket No. 25), and the Court has ensured Plaintiff received all docket notifications, including the proofs of service of process on all Defendants. (Docket Nos. 19−22). It is not this Court's role to prosecute Plaintiff's case for him. A failure to timely comply with this Order will result in dismissal of Plaintiff's action.

### III.  CONCLUSION

The Motion, (Docket No. 27), is **STRICKEN**. The OSC regarding dismissal for Plaintiff's lack of prosecution is continued to June 20, 2024. By that date, Plaintiff is **ORDERED** to show cause in writing why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following, on or before June 20, 2024: Defendants' responses to the FAC, Plaintiff's Requests for Entry of Default, or Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: May 20, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE